**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:        01-14-00515-CV

Style:        Kosoco, Inc.

        **v** Metropolitan Transit Authority of Harris County

Date motion filed*:        March 2, 2015

Type of motion:        Amended Motion for Leave to File Supplemental Clerk's Record

Party filing motion:        Appellee, Metropolitan Transit Authority of Harris County

Document to be filed:        Supplemental Clerk's Record

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

☐    Granted
     If document is to be filed, document due:

        ☐  The Clerk is instructed to file the document as of the date of this order
        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

**On February 17, 2015, the county clerk hand-filed a supplemental clerk's record containing decipherable photographs, which, the county clerk has informed this Court, are in the condition in which the trial court viewed them.** *See Roventini v. Ocular Sciences, Inc.***, 111 S.W.3d 719, 726 (Tex. App.—Houston [1st Dist.] 2003, no pet.) (reviewing trial court's ruling based upon materials before trial court at time of ruling).**

Judge's signature: /s/ Terry Jennings
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: March 17, 2015

November 7, 2008 Revision